# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:20-CR-00078-DGK-02 |
| RUSSELL LEE WALKER, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ACCEPTING DEFENDANT'S GUILTY PLEA

On November 5, 2021, the Honorable Jill A. Morris, United States Magistrate Judge for the Western District of Missouri, issued her Report and Recommendation (ECF No. 62), recommending that Defendant's guilty plea be accepted and that Defendant be adjudged guilty of conspiracy to distribute a mixture and substance containing a detectable amount of methamphetamine in an amount of 50 grams or more in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846, which is Count One of the Indictment.

Neither party objected to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). In light of the evidence in the record and the lack of objection from either party, the Court adopts the Report and Recommendation and (1) accepts Defendant's plea of guilty and (2) finds Defendant guilty of conspiracy to distribute a mixture and substance containing a detectable amount of methamphetamine in an amount of 50 grams or more. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: November 29, 2021          /s/ Greg Kays
                                  GREG KAYS, JUDGE
                                  UNITED STATES DISTRICT COURT